IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TAMIN KENYON BENJAMIN,   :
                         :
         Petitioner,     :
                         :
     v.                  :        1:22-cr-198-1
                         :        1:25-cv-516
UNITED STATES OF AMERICA,:
                         :
         Respondent.     :

**ORDER**

This matter is before the court for review of the Order and Recommendation ("Recommendation") filed on July 14, 2025, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b), (Doc. 105). The Recommendation was served on the parties in this action on July 14, 2025. (Doc. 106.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 105), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner promptly filing a corrected motion under § 2255 on the proper forms and a separate motion under 18 U.S.C. § 3582(c)(2).

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction

nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 6th day of October, 2025.

                                               /s/ William L. Osteen, Jr.
                                                   United States District Judge

- 2 -

Case 1:22-cr-00198-WO   Document 111   Filed 10/06/25   Page 2 of 2